

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00186-CV

**GERRI E. SAVALA,**

**Appellant**

 **v.**

**CHARTER DRYWALL DALLAS, CORP.,**

**Appellee**

**From the County Court at Law
Ellis County, Texas
Trial Court No. 10-C-3211**

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties in a September 14, 2010 letter that this appeal would be dismissed after 14 days unless Appellant filed a motion to dismiss or otherwise filed a response showing grounds for continuing the appeal.  No motion or response has been received.  Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3(c).

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed October 20, 2010
[CV06]